**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| HIRAM R. JOHNSTON JR., | : No. 57 MAP 2014 |
| | : |
| Appellant | : Appeal from the Commonwealth Court |
| | : order at No. 345 MD 2013 dated April 16, |
| | : 2014. |
| v. | : |
| | : |
| | : |
| PA. DEPT. OF CORRECTIONS, ET AL., | : |
| | : |
| Appellee | : |

## ORDER

**PER CURIAM**                                   **DECIDED:  November 19, 2014**

**AND NOW**, this 19th day of November, 2014, the order of the Commonwealth

Court is hereby **AFFIRMED**.